UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK-ANTHONY MALONE JACKS,<br>　　　　　Plaintiff,<br>　　v.<br>U.S.P. VICTORVILLE, et al.,<br>　　　　　Defendants. | Case No. 15-cv-05333-SK (PR)<br><br>**ORDER OF TRANSFER** |

　　　　Plaintiff, a prisoner at the Federal Correctional Institution in Mendota, California, has filed a pro se action seeking damages for deprivation of property while he was at the United States Penitentiary in Victorville, California. A substantial part of the events or omissions giving rise to the claim occurred, and the named defendants reside, in the County of San Bernardino, which lies within the venue of the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1). Venue therefore properly lies in the Central District, Eastern Division. See id. § 1391(b).

　　　　Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Eastern Division.

　　　　The clerk shall transfer this matter and terminate all pending motions as moot.

　　　　**IT IS SO ORDERED**.

Dated: December 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge